UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYREN BREWER,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC and
JP MORGAN CHASE & CO,

    Defendants.
_____/

Case No. 22-10689
Honorable Linda V. Parker

## OPINION AND ORDER GRANTING PLAINTIFF COUNSEL'S MOTION TO WITHDRAW

On March 31, 2022, Plaintiff initiated this lawsuit against Defendants alleging negligent (Count I) and/or willful (Count II) violation of the Fair Credit Reporting Act. Pursuant to a stipulated order, Plaintiff's claims against Defendant Equifax Information Services, LLC were dismissed with prejudice on January 18, 2023. Plaintiff's attorney, Carl Schwartz of Credit Repair Lawyers of America, now seeks to withdraw as counsel. (ECF No. 29.)

Mr. Schwartz seeks to withdraw his representation of Plaintiff due to "a complete breakdown in their relationship." (*Id.* at Pg ID 94.) According to Mr. Schwartz, Plaintiff has not responded to his and his staff's repeated attempts to communicate with her. (*Id.*) The telephone number Mr. Schwartz has for Plaintiff

no longer works and she has not provided a new telephone number by which to reach her. Mr. Schwartz sought Plaintiff's consent to withdraw; however, she never responded. (*Id.* at Pg ID 92.) According to Mr. Schwartz, Defendant JP Morgan Chase & Co. does not oppose the motion to withdraw. (*Id.*)

The Court finds that good cause exists for Mr. Schwartz and his firm to withdraw and that such withdrawal can be accomplished without material adverse effect on Plaintiff's interests. *See* Mich. R. Prof'l Conduct R. 1.16.

Accordingly,

**IT IS ORDERED** that Plaintiff Counsel's Motion to Withdraw is **GRANTED** and Mr. Schwartz and Credit Repair Lawyers of America shall be terminated as counsel. Within three (3) days, counsel shall serve a copy of this Opinion and Order on Plaintiff and file a proof of service with the Court, which includes a mailing address for Plaintiff.

**IT IS FURTHER ORDERED** that this matter is **STAYED** for forty-five (45) days to allow Plaintiff to retain new counsel, if she desires. After that period, the matter will move forward, whether Plaintiff is proceeding with newly retained counsel or pro se.

**IT IS FURTHER ORDERED** that the remaining deadlines in the September 15, 2022 Scheduling Order (ECF No. 19) are extended forty-five days.

**IT IS FURTHER ORDERED** that if Plaintiff retains a new attorney, the attorney shall file a written appearance on the docket before the forty-five (45) days expire.  If Plaintiff is proceeding without counsel, Plaintiff shall provide her contact information to the Clerk of the Court before the forty-five days expire.

**IT IS FURTHER ORDERED** that if new counsel does not enter an appearance on behalf of Plaintiff or Plaintiff fails to provide contact information to the Clerk of the Court by the above expiration date, or if Plaintiff fails to otherwise continue her prosecution of her claims against Defendant JP Morgan Chase & Co., this matter will be dismissed with prejudice for failure to prosecute pursuant to Eastern District of Michigan Local Rule 41.2.

                                              s/ Linda V. Parker  
                                              LINDA V. PARKER  
                                              U.S. DISTRICT JUDGE

Dated: March 8, 2023